UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| ALAINA ZAKARISON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No. 2:24-cv-01606-JHC<br><br>ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO FILE ANSWER |

　　Plaintiff Alaina Zakarison and Defendant Lincoln National Life Insurance Company have filed their Stipulated Motion for Extension of Time to File Answer. Dkt. # 5.

　　The Court GRANTS the motion.

　　IT IS HEREBY ORDERED that Lincoln shall file its responsive pleading no later than December 6, 2024.

DATED: October 30, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　JOHN H. CHUN
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED
MOTION FOR EXTENSION OF TIME TO
FILE ANSWER - 1
Case No. 2:24-cv-01606-JHC